UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
POWERHOUSE BEVERAGE CO. LLC, et al.,                     :
                                    Plaintiffs,          :
                                                         :                    22 Civ. 5559 (LGS)
                     -against-                           :
                                                         :                         ORDER
FRANK NAHOUM, et al.,                                    :
                                    Defendants.          :
---------------------------------------------------------:
                                                         X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for August 31, 2022.

      WHEREAS, on August 25, 2022, the case was referred to Magistrate Judge Sarah

Netburn for General Pre-Trial.  It is hereby

      **ORDERED** that the initial pretrial conference scheduled for August 31, 2022, is

**cancelled**.

Dated:  August 25, 2022
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**