UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

POWERHOUSE BEVERAGE
COMPANY LLC, et al.,

                        **Plaintiffs,**                      22-CV-05559 (LGS)(SN)

    -against-                                        **ORDER**

FRANK NAHOUM, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 1, 2022, the parties were ordered to file a joint letter informing the Court about the status of discovery by Monday, October 31, 2022. ECF No. 26. As no such filing has been made, the parties are ordered to file this letter by no later than Wednesday, November 09, 2022.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:    New York, New York
                 November 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2022