UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

POWERHOUSE BEVERAGE
COMPANY LLC, et al.,

                       **Plaintiffs,**                    22-CV-05559 (LGS)(SN)

    -against-                                          <u>ORDER</u>

FRANK NAHOUM, et al.,

                       **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 30, 2023, the parties submitted letters updating the Court on the status of mediation and of the actions pending in New York State Supreme Court, County of Nassau, and any other jurisdictions. The parties indicated that mediation was unsuccessful and that the actions pending in other jurisdictions are still ongoing.

      In light of the absence of any progress on settlement, the stay of discovery is VACATED, and the parties are ORDERED to appear on Thursday, April 20, 2023, at 3:00 p.m. to set an amended case Management Plan. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      April 4, 2023
                New York, New York