UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POWERHOUSE BEVERAGE COMPANY LLC, et al.,

                                Plaintiffs,

-against-

FRANK NAHOUM, et al.,

                                Defendants.
------------------------------------------------------------X

22 Civ. 5559 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for June 21, 2023, at 4:00 P.M. It is hereby

**ORDERED** that the pre-motion conference is adjourned to **July 5, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333. Any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter by **June 21, 2023**, in the form provided in the Court's Individual Rule III.A.1. If no pre-motion letter is timely filed, the conference will be canceled and the matter placed on the Court's trial-ready calendar

Dated: June 16, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE