**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
POWERHOUSE BEVERAGE COMPANY LLC, et al.,
       Plaintiffs,

   -against-

FRANK NAHOUM, et al.,
       Defendants.
------------------------------------------------------------------ X

22 Civ. 5559 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, a conference is scheduled in this action for July 12, 2023, at 4:00 P.M.  It is hereby

  **ORDERED** that the conference scheduled for July 12, 2023, at 4:00 P.M., is **adjourned** to **July 12, 2023, at 5:25 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: July 10, 2023
   New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**