UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
POWERHOUSE BEVERAGE COMPANY LLC, et al.,

                                       Plaintiffs,

                    -against-

FRANK NAHOUM, et al.,

                                     Defendants.

22 Civ. 5559 (LGS)

ORDER

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference was held on July 12, 2023. As discussed at the conference, it is hereby

       **ORDERED** that, by **July 19, 2023**, Mr. Stanziale shall enter a notice of appearance on behalf of Defendants Nahoum, Gimenez, Peikarian and Kringel. It is further

       **ORDERED** that, by **July 25, 2023**, the parties shall sign and jointly file (1) the proposed stipulation attached below or (2) a letter stating that they do not wish to sign. The parties may jointly propose any change to the stipulation, as long as all parties are in agreement. It is further

       **ORDERED** that Defendants shall file any pre-motion letter for a writ consolidating all litigation arising from the same set of facts, matters and transactions to this Court, not to exceed three pages, by **July 25, 2023**. The letter shall comply with the Court's Individual Rule III.A.1. Plaintiffs shall file any response, not to exceed three pages, by **August 1, 2023**. The parties are advised that the Court may construe Defendants' letter as a motion and rule on the basis of the foregoing.

Dated: July 17, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
POWERHOUSE BEVERAGE COMPANY LLC, :
et al., :
                                      Plaintiffs,  :        22 Civ. 5559 (LGS)
:
            -against-              :        **[PROPOSED]**
:        **STIPULATION AND**
FRANK NAHOUM, et al.,            :        **ORDER**
                                    Defendants.  :
:
-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that:

1. By August 4, 2023, Plaintiffs will file an amended complaint with an additional cause of action seeking a declaratory judgment that the operating agreement Plaintiffs produced in discovery is operative;

2. By August 14, 2023, Defendants will answer the amended complaint and include an additional counterclaim seeking a declaratory judgment that the operating agreement Defendants produced in discovery is operative;

3. The parties agree to proceed by bench trial on the issue of which of the two operating agreements produced in discovery is operative (the "Issue");

4. The parties agree that, once the Issue is adjudicated and a declaratory judgment is entered in favor of the prevailing party, Plaintiffs and Defendants will dismiss all other claims and

counterclaims in this action <u>with</u> prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own fees and costs.

**SO ORDERED**

Dated: July ___, 2023
      New York, New York

**RAGUES PLLC**

By: _____
Raymond Ragues, Esq.
42 Crown Street
Kingston, NY 12401
Tel: (845) 481-0086
Email: ray@ragueslaw.com
*Attorney for Plaintiffs*

Dated: July ___, 2023
      New York, New York

**THOMAS STANZIALE, ESQ. PC**

By: _____
Thomas Stanziale, Esq.
PO Box 1373
Port Washington, NY 11050
Tel: (516) 443-6819
Email: tstanziale@hotmail.com
*Attorney for Defendants Frank Nahoum, Henry Gimenez, Behzad Peikarian and Joel Kringel*

Dated: July ___, 2023
      New York, New York

**DENNIS BELLINE, ESQ., PLLC**

By: _____
Dennis Belline, Esq.
304 Main Street
Port Washington, NY 11050
Tel: (332) 266-7222
Email: dennis@portlawgroup.com
*Attorney for Defendant Thomas Stanziale, ESQ.*