UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POWERHOUSE BEVERAGE COMPANY LLC, et al.,

                        Plaintiffs,

      -against-

FRANK NAHOUM, et al.,

                        Defendants.

22-cv-5559 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Counsel for Defendants have submitted a "joint" letter, Dkt. 86, in response to the Court's Notice of Reassignment, Dkt. 85. But that letter is conspicuously missing the signature of Plaintiffs' counsel. The parties are hereby ORDERED to submit a true joint letter, endorsed by counsel for both sides, by **August 25, 2023**, at 5:00 p.m. Further, this letter must conform with this Court's Individual Practices and the Local Rules. In particular, all "[d]ocuments filed by parties on the ECF system must be in text searchable format," *not* scanned copies. S.D.N.Y. ECF Filing Rules & Instructions.

    SO ORDERED.

Dated: August 23, 2023
       New York, New York

                                                 ARUN SUBRAMANIAN
                                                 United States District Judge