UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWERHOUSE BEVERAGE COMPANY LLC, et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>FRANK NAHOUM, et al.,<br><br>      Defendants. | 22-cv-5559 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

1. By **November 3, 2023**, the parties should email to Chambers any exhibits used at trial that were not included in their original submissions. Defendants shall email the affidavits of the witnesses who testified at trial. These documents should be labeled with the appropriate exhibit numbers.

2. By **November 3, 2023**, the parties should arrange to order a transcript of the trial.

3. By **November 3, 2023**, plaintiffs' counsel shall investigate and inform the Court by letter whether the email included in PX-12, as well as the documents attached to counsel's November 1, 2023 email, were previously produced in discovery in this action or in any state court action. If the answer is yes, specify the date of production and the proceeding.

4. On **November 10, 2023, at 2:00 p.m.**, the Court will hold a teleconference with the parties. They should dial 646-453-4442 and enter Conference ID 477 928 102#.

SO ORDERED.

Dated: November 2, 2023
   New York, New York

                           ARUN SUBRAMANIAN
                           United States District Judge