UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWERHOUSE BEVERAGE COMPANY LLC, et al.,<br><br>                              Plaintiffs,<br><br>          -against-<br><br>FRANK NAHOUM, et al.,<br><br>                              Defendants. | 22-cv-5559 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

With the Court's opinion from November 21, 2023, the Court requested letters from each side, proposing a path to concluding this case. Dkt. 104. On December 5, Defendants mistakenly filed their letters as letter motions. Dkts. 106, 107. On December 11, the Court established the timeline for the rest of this case. Dkt. 108. So the Clerk of Court is directed to close ECF 106 and 107.

SO ORDERED.

Dated: December 28, 2023
       New York, New York

                                                     _____
                                                       ARUN SUBRAMANIAN
                                                      United States District Judge