**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
POWERHOUSE BEVERAGE COMPANY
LLC, et al.,

                          Plaintiffs,

            -against-                                      22 **CIVIL** 5559 (AS)

                                                          <u>**JUDGMENT**</u>

FRANK NAHOUM, et al.,

                          Defendants.
--------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated April 24, 2024, Defendants' motion for summary

judgment is GRANTED with respect to the trademark-infringement claim. Judgment is entered

for Defendants on that claim. The motions for summary judgment are DENIED in all other

respects. The declaratory-judgment claim is DISMISSED WITHOUT PREJUDICE. All other

remaining claims are DISMISSED WITHOUT PREJUDICE to renewal in state court;

accordingly, the case is closed.

**Dated:**  New York, New York

          April 25, 2024

                                                  **RUBY J. KRAJICK**
                                        _____
                                                  **Clerk of Court**

                              **BY:**        K. mango
                                        _____
                                                  **Deputy Clerk**